IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr23-MHT |
| | ) | (WO) |
| ALBERTO TREJO | ) | |

OPINION AND ORDER

After pleading guilty and being sentenced by this court, defendant Alberto Trejo has moved to supplement the record on appeal. An on-the-record conference call was held on the motion today. Trejo wishes to provide the Eleventh Circuit Court of Appeals an affidavit from his chaplain to assist the court's informed decision-making regarding his challenge to the procedural and substantive reasonableness of his sentence.

Under Federal Rule of Appellate Procedure 10(e), the district court is not the correct forum for this motion. While an "omission or misstatement" in the record resulting from "error or accident" may be corrected by the district court, Fed. R. App. P. 10(e)(2), "[a]ll other questions as to the ... content

of the record must be presented to the court of appeals." Fed. R. App. P. 10(e)(3). During the conference call today, Trejo conceded that he does not contend there has been an "omission or misstatement." Therefore, he should make his request to the Eleventh Circuit, which reviews such requests "on a case-by-case basis." Young v. City of Augusta, Ga. Through DeVaney, 59 F.3d 1160, 1168 (11th Cir. 1995).

***

Accordingly, it is ORDERED that defendant Alberto Trejo's motion to supplement the record on appeal (doc. no. 316) denied without prejudice.

DONE, this the 30th day of April, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**