IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:14cr23-MHT
                            )            (WO)
ALBERTO TREJO               )
```

OPINION AND ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 24, 2015 (doc. no. 330), affirming the judgment of conviction and sentence pronounced in this case as to defendant Alberto Trejo on January 7, 2015, and entered on January 9, 2015 (doc. no. 240), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on September 22, 2015, and received in the office of the clerk of this court on September 22, 2015 (doc. no. 333), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Alberto Trejo on January 7, 2015, and entered on

January 9, 2015 (doc. no. 240), is continued in full force and effect.

DONE, this the 9th day of October, 2015.

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**